IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS PENSION FUND, et al., | )<br>)<br>) CIVIL ACTION |
| Plaintiffs, | )<br>)<br>) NO. 14 C 6274 |
| vs. | )<br>) JUDGE JAMES F. HOLDERMAN |
| DEAN'S DYNAMIC CONCRETE, INC., an Illinois corporation, | )<br>)<br>) |
| Defendant. | ) |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, DEAN'S DYNAMIC CONCRETE, INC., an Illinois corporation, in the total amount of $1,162.04, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,395.00.

On August 22, 2014, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on September 12, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>20th</u> day of <u>January 2015</u>:

    Mr. Timothy J. Creedon, III, Registered Agent
    Dean's Dynamic Concrete, Inc.
    501 State Street
    Ottawa, IL   61350

    Mr. Dean Nodland, President
    Dean's Dynamic Concrete, Inc.
    1715 Dairy Lane
    Ottawa, IL   61350-4790


            /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Dean's Dynamic\motion.cms.df.wpd